■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER A. JOSEPH on Behalf of LEON McKOY, Appellant, v BENJAMIN J. MALCOLM, as Commissioner of the New York City Department of Correction, Respondent.—Judgment, Supreme Court, New York County, entered on or about January 27, 1975, unanimously affirmed. The stay of execution granted by order of this

court entered on April 17, 1975 is vacated. No opinion. Concur—Stevens, P. J., Kupferman, Murphy, Lane and Nunez, JJ.